UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL DELUCA AND DAWN DELUCA, | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) ) | NO. 4:15-CV-40094-TSH |
| v. | ) ) | |
| ROBERT MERNER, JOHN DOE I BOSTON POLICE OFFICER, JOHN DOE II BOSTON POLICE OFFICER, AND JOHN DOE III BOSTON POLICE OFFICER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON DEFENDANT ROBERT MERNER'S PARTIAL MOTION TO DISMISS**
**(Docket No. 8)**

**October 7, 2015**

**HILLMAN, D.J.**

No opposition having been filed, Defendant Robert Merner's partial motion to dismiss Counts I, III, IV, and V (Docket No. 8) is hereby ***granted*** for the reasons set forth in Defendant's supporting memorandum.

**SO ORDERED.**

/s/ *Timothy S. Hillman*
**TIMOTHY S. HILLMAN**
**DISTRICT JUDGE**